FRENCH
*v.*
STANTON.

---

## LABRANCHE *v.* LANDREAUX.

THIS case was remanded to the District Court of the First District, with directions to the judge to cause a survey to be made, to enable the court to decide the question of title presented by the pleadings.

*Canon*, for the appellant.   *Blache*, for the defendant.